# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jennifer L Phillips and Emmett J Phillips<br>      <u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 15-16115 JKF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Quicken Loans Inc., as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 0547

                        Respectfully submitted,

                        **<u>/s/Thomas Puleo, Esquire</u>**
                        Thomas Puleo, Esquire
                        Brian C. Nicholas, Esquire
                        KML Law Group, P.C.
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106-1532
                        (215) 825-6306  FAX (215) 825-6406