United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Jennifer L Phillips
Emmett J Phillips
    Debtors

Case No. 15-16115-jkf
Chapter 13

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: Randi<br>Form ID: trc | Page 1 of 1<br>Total Noticed: 1 | Date Rcvd: Dec 22, 2016 |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2016.
13610853    +PHEAA,   PO Box 8147,   Harrisburg, PA 17105-8147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2016    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2016 at the address(es) listed below:
    ANDREW F GORNALL   on behalf of Creditor   Quicken Loans Inc. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
    JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
    MICHAEL P. KELLY   on behalf of Joint Debtor Emmett J Phillips mpkpc@aol.com
    MICHAEL P. KELLY   on behalf of Debtor Jennifer L Phillips mpkpc@aol.com
    THOMAS I. PULEO   on behalf of Creditor   Quicken Loans Inc. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
    United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER   ecfemails@ph13trustee.com,  philaecf@gmail.com
    TOTAL: 7

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-16115-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

Jennifer L Phillips  
692 Shaw Avenue  
Langhorne PA 19047-5568

Emmett J Phillips  
692 Shaw Avenue  
Langhorne PA 19047-5568

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/21/2016.

Name and Address of Alleged Transferor(s):

Claim No. 4: PHEAA, PO Box 8147, Harrisburg, PA 17105

Name and Address of Transferee:

ECMC  
PO BOX 16408  
ST. PAUL, MN 55116-0408

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    12/24/16

Tim McGrath  
**CLERK OF THE COURT**