United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-16115-elf |
| Jennifer L Phillips | Chapter 13 |
| Emmett J Phillips | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Randi | Page 1 of 3 |
| Date Rcvd: Oct 16, 2020 | Form ID: 138NEW | Total Noticed: 32 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Jennifer L Phillips, Emmett J Phillips, 692 Shaw Avenue, Langhorne, PA 19047-5568 |
| cr | | ECMC, PO BOX 16408, SAINT PAUL, MN 55116-0408 |
| 13586343 | + | Aes/pheaa-keycon, 1200 North 7th Street, Harrisburg, PA 17102-1419 |
| 13644103 | | American Express Bank, FSB, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 13586344 | + | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 13586345 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 13661760 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 13632470 | + | Credit First/CFNA, Po Box 818011, Cleveland, OH 44181-8011 |
| 13839343 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 13586349 | + | Firestone, PO Box 81344, Cleveland, OH 44188-0001 |
| 13690603 | + | Michael P Kelly, Esquire, 402 Middletown Blvd., Ste 202, Langhorne, Pa. 19047-1818 |
| 13610853 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 13586351 | + | Pa Sta Empcu, Po Box 1006, Harrisburg, PA 17108-1006 |
| 13609657 | | Pa. State Employees FCU, PO Box 67012, Harrisburg, Pa. 17106-7012 |
| 13839857 | + | Quicken Loans Inc., c/o Thomas Puleo, Esq., KML Law Group PC, 701 Market St., Ste. 5000, Phila., PA 19106-1541 |
| 13598614 | + | Quicken Loans Inc., c/o Andrew F. Gornall, Esq., KML Law Group P.C., 701 Market St., Ste. 5000, Phila., PA 19106-1541 |
| 13586353 | | Wells Fargo Bank, Credit Bureau Disp, Des Moines, IA 50306 |
| 13603411 | | Wells Fargo Bank N.A.,, d/b/a Wells Fargo Dealer Services, PO Box 19657, Irvine, CA 92623-9657 |
| 13586354 | + | Wells Fargo Bank NA, 3476 Stateview Blvd, Fort Mill, SC 29715-7200 |
| 13684887 | + | Wells Fargo Card Services, 1 Home Campus 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 17 2020 01:10:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 17 2020 01:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 17 2020 01:09:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13622684 | + | Email/Text: bncmail@w-legal.com | Oct 17 2020 01:09:00 | CERASTES, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13586346 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 17 2020 02:00:45 | Cap1/boscv, 26525 N Riverwoods Blvd, Mettawa, IL 60045-3440 |
| 13660430 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 17 2020 02:04:21 | Capital One - Boscovs, PO Box 30253, Salt Lake City, UT 84130-0253 |

| District/off: 0313-2 | User: Randi | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 16, 2020 | Form ID: 138NEW | Total Noticed: 32 |

| | | | | |
|---|---|---|---|---|
| 13594386 | | Email/Text: mrdiscen@discover.com | Oct 17 2020 01:07:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13586348 | + | Email/Text: mrdiscen@discover.com | Oct 17 2020 01:07:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 13586347 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 17 2020 02:02:33 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 13586350 | + | Email/Text: mmrgbk@miramedrg.com | Oct 17 2020 01:09:00 | Miramedrg, 991 Oak Creek Dr, Lombard, IL 60148-6408 |
| 13586352 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 17 2020 01:09:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-1906 |
| 13608507 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 17 2020 01:09:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13653381 | * | Pa. State Employees FCU, PO Box 67012, Harrisburg, Pa. 17106-7012 |
| jdb | * | Emmett J Phillips, 692 Shaw Avenue, Langhorne, PA 19047-5568 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 18, 2020            Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW F GORNALL | on behalf of Creditor Quicken Loans Inc. agornall@kmllawgroup.com  bkgroup@kmllawgroup.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor Quicken Loans Inc. Josh.Goldman@padgettlawgroup.com  kevin.shatley@padgettlawgroup.com |
| MICHAEL P. KELLY | on behalf of Joint Debtor Emmett J Phillips mpkpc@aol.com  r47593@notify.bestcase.com |
| MICHAEL P. KELLY | on behalf of Debtor Jennifer L Phillips mpkpc@aol.com  r47593@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| THOMAS I. PULEO | on behalf of Creditor Quicken Loans Inc. tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: Randi | Page 3 of 3 |
| Date Rcvd: Oct 16, 2020 | Form ID: 138NEW | Total Noticed: 32 |

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Jennifer L Phillips and Emmett J Phillips

       Debtor(s)                                           Bankruptcy No: 15−16115−elf

                                                                  Chapter: 13

___

*NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                        900 Market Street
                           Suite 400
                       Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                          For The Court
                                                                Timothy B. McGrath
                                                                  Clerk of Court

Dated: 10/16/20

                                                                                                 47 − 46
                                                                        Form 138_new